IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TERRANCE D. CABALCE, ET AL. | ) | CV 12-00373 JMS-RLP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VSE CORPORATION; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| GEORGE JOSEPH KELII; ET AL. | ) | CV 12-00376 JMS-BMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VSE CORPORATION; ET AL., | ) | |
| _____ | ) | |
| | ) | |
| HEATHER FREEMAN; ET AL. | ) | CV 12-00377 LEK-KSC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VSE CORPORATION; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| CHARLIZE LEAHEY IRVINE; ET AL. | ) | CV 12-00391 SOM-BMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |

```
VSE CORPORATION; ET AL.,      )
                              )
              Defendants.     )
                              )
_____ )
```

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 31, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Chief Judge to Reassign Cases" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 20, 2012



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Cabalce, et al. v. VSE Corporation, et al.; Civ. 12-00373 JMS/RLP
Kelii, et al. v. VSE Corporation, et al.; Civ. 12-00376 JMS/BMK
Freeman, et al. v. VSE Corporation, et al.; Civ. 12-00377 LEK/KSC
Irvine, et al. v. VSE Corporation, et al.; Civ. 12-00391 SOM/BMK
Order Adopting Magistrate Judge's Findings and Recommendation